## MAY 13, 1997

No. A–807. WESTLEY v. TEXAS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.